UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  26-61383-CIV-DAMIAN

**MICHAEL STEVEN MARTINEZ CASTILLO**,

      Petitioner,

v.

**WARDEN, BROWARD TRANSITIONAL CENTER, *et al.*,**

      Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Status Report, filed by Respondents on June 8, 2026, indicating that Petitioner was released from custody on June 2, 2026. [ECF No. 12].

In light of the foregoing, it is hereby **ORDERED AND ADJUDGED** that the Petition [**ECF No. 1**] is **DISMISSED**. This case shall remain CLOSED.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 8th day of June, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**

cc:    Counsel of record